FILED
JUN 9 - 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4-08-70330-WDB |
| Plaintiff, | |
| vs. | REPORT & RECOMMENDATION RE: REVIEW OF DEFENDANT'S FINANCIAL CIRCUMSTANCES AT THE END OF THE CASE |
| MABELLE DE LA ROSA DANN, | |
| Defendant. | |

On June 9, 2008, I received the defendant's financial declaration and questioned her on the record about her economic circumstances. Although she is currently employed, and has substancial income, she also has significant ongoing expenses. In addition, while we note that she has assets (real estate), we also note that she owns stocks from Bee Vocal Company. While these assets are not readily convertible to cash right now, these assets presumably could be used at least to contribute toward the cost of her defense. I conclude that it is appropriate to appoint Assistant Federal Public Defender Jerome Matthews to represent her at this time. I recommend that, at the end of her case, the assigned District Judge determine what amount, if any, the defendant should contribute to the cost of her defense.

IT IS SO REPORTED AND RECOMMENDED.

Dated: 6-9-08

WAYNE D. BRAZIL
United States Magistrate Judge

cc: All parties via ECF, WDB's Stats, Pretrial Services, Financial

G:\WDBIVY\CRORDERS\Dann.appt.frm